**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 15 |
| CB&I UK LIMITED, *et al.,*[1] | ) |
| | ) Case No. 23-90795 (CML) |
| Debtors in Foreign Proceedings. | ) |
| | ) (Jointly Administered) |
| | ) |

**AMENDED AGENDA FOR HEARING ON**
**MARCH 22, 2024, AT 1:00 P.M. (PREVAILING CENTRAL TIME)[2]**

The Foreign Representative of the above-captioned debtors (collectively, the "Debtors")

hereby files this agenda for matters set for hearing on March 22, 2024, at 1:00 p.m. (prevailing

Central Time).

1. <u>Verified Petition – England</u>. Verified Petition for (I) Recognition of Foreign Main Proceeding in England, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Docket No. 7].

    <u>Related Documents</u>:

    A. Omnibus Declaration of Foreign Representative Pursuant to 11 U.S.C. § 1515, 1519, and Rule 1007(A)(4) of the Federal Rules of Bankruptcy Procedure and in Support of (I) Verified Petitions for (A) Recognition of Foreign Main Proceedings, (B) Recognition of Foreign Representative; (II) Provisional Relief; and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Docket No. 4].

    B. Declaration of Hannah Crawford in Support of Verified Petition for (I) Recognition of Foreign Main Proceeding in England, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Docket No. 6].

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's foreign identification number are: CB&I UK Limited (8080), McDermott International Holdings B.V. (2019), Lealand Finance Company B.V. (7866). The location of the Debtors' service address for purposes of these chapter 15 cases is: 915 North Eldridge Parkway, Houston, Texas 77079. Additional information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/CBIUK/.

[2] Bolded and italicized items are amended from the previous *Proposed Agenda for Hearing on March 22, 2024, at 1:00 P.M. (Prevailing Central Time)* filed at Docket No. 155.

C.      Declaration of Hannah Crawford in Support of the Foreign Representative's Motion for Entry of an Order (I) Recognizing and Giving Full Force and Effect to (A) the Restructuring Plan and the Order of the English Court Sanctioning the Restructuring Plan, and (B) the WHOA Plans and the Order of the Dutch Court Sanctioning the WHOA Plans; (II) Establishing Procedures for Closing these Chapter 15 Cases; and (III) Granting Related Relief [Docket No. 149].

**D.      *Foreign Representative's Amended Witness and Exhibit List for March 22, 2024 Hearing [Docket No. 157].***

**Status:**  This matter is going forward.

2.      Verified Petition – the Netherlands. Verified Petition for (I) Recognition of Foreign Main Proceedings in the Netherlands, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Docket No. 8].

Related Documents:

A.      Omnibus Declaration of Foreign Representative Pursuant to 11 U.S.C. § 1515, 1519, and Rule 1007(A)(4) of the Federal Rules of Bankruptcy Procedure and in Support of (I) Verified Petitions for (A) Recognition of Foreign Main Proceedings, (B) Recognition of Foreign Representative; (II) Provisional Relief; and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Docket No. 4].

B.      Declaration of Teun Struycken in Support of Verified Petition for (I) Recognition of Foreign Main Proceedings in the Netherlands, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Docket No. 5].

C.      Declaration of Marc Orval in Support of the Foreign Representative's Motion for Entry of an Order (I) Recognizing and Giving Full Force and Effect to (A) the Restructuring Plan and the Order of the English Court Sanctioning the Restructuring Plan, and (B) the WHOA Plans and the Order of the Dutch Court Sanctioning the WHOA Plans; (II) Establishing Procedures for Closing these Chapter 15 Cases; and (III) Granting Related Relief [Docket No. 150].

**D.      *Foreign Representative's Amended Witness and Exhibit List for March 22, 2024 Hearing [Docket No. 157].***

**Status:**  This matter is going forward.

3.      Motion to Enforce. Foreign Representative's Motion for Entry of an Order (I) Recognizing and Giving Full Force and Effect to (A) the Restructuring Plan and the Order of the English Court Sanctioning the Restructuring Plan, and (B) the WHOA Plans and the Order of the Dutch Court Sanctioning the WHOA Plans; (II) Establishing Procedures for Closing these Chapter 15 Cases; and (III) Granting Related Relief [Docket No. 138].

Related Documents:

A.      Declaration of Hannah Crawford in Support of the Foreign Representative's Motion for Entry of an Order (I) Recognizing and Giving Full Force and Effect to (A) the Restructuring Plan and the Order of the English Court Sanctioning the Restructuring Plan, and (B) the WHOA Plans and the Order of the Dutch Court Sanctioning the WHOA Plans; (II) Establishing Procedures for Closing these Chapter 15 Cases; and (III) Granting Related Relief [Docket No. 149].

B.      Declaration of Marc Orval in Support of the Foreign Representative's Motion for Entry of an Order (I) Recognizing and Giving Full Force and Effect to (A) the Restructuring Plan and the Order of the English Court Sanctioning the Restructuring Plan, and (B) the WHOA Plans and the Order of the Dutch Court Sanctioning the WHOA Plans; (II) Establishing Procedures for Closing these Chapter 15 Cases; and (III) Granting Related Relief [Docket No. 150].

*C.      Foreign Representative's Amended Witness and Exhibit List for March 22, 2024 Hearing [Docket No. 157].*

**Status:**  This matter is going forward.

Houston, Texas
March 21, 2024

*/s/ Christopher T. Greco*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Rex Manning (TX Bar No. 24118452)
609 Main Street
Houston, Texas 77002
Telephone:      (713) 836-3600
Facsimile:       (713) 836-3601
Email:           rex.manning@kirkland.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christopher T. Greco, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:       (212) 446-4900
Email:           joshua.sussberg@kirkland.com
                 christopher.greco@kirkland.com

- and -

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Michael F. Williams, P.C. (admitted *pro hac vice*)
Peter Farrell, P.C. (admitted *pro hac vice*)
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone:      (202) 389-5000
Facsimile:       (202) 389-5200
Email:           michael.williams@kirkland.com
                 peter.farrell@kirkland.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
John R. Luze (admitted *pro hac vice*)
Jeffrey Michalik (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:       (312) 862-2200
Email:           john.luze@kirkland.com
                 jeff.michalik@kirkland.com

*Counsel to the Foreign Representative*

## Certificate of Service

I certify that on March 21, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Christopher T. Greco
Christopher T. Greco, P.C.