Electronic Appearance Sheet

John Luze, Kirkland & Ellis LLP
Client(s): CB&I UK Limited - Debtors Counsel

Abid Qureshi, Akin Gump Strauss Hauer & Feld LLP
Client(s): Senior LC Ad Hoc Group

Benjamin Taylor, Akin Gump Strauss Hauer & Feld LLP
Client(s): Senior LC Ad Hoc Group

Jeff Michalik, Kirkland & Ellis LLP
Client(s): CB&I UK Limited

John Luze, Kirkland & Ellis LLP
Client(s): CB&I UK Limited

Michael Williams, Kirkland & Ellis LLP
Client(s): CB&I UK Limited

Peter Farrell, Kirkland & Ellis LLP
Client(s): CB&I UK Limited

Matthew Warren, King & Spalding LLP
Client(s): Reficar

Lindsey Henrikson, King & Spalding LLP
Client(s): Reficar

Martha Wyrick, Haynes and Boone, LLP
Client(s): Chiyoda International Corporation

Natasha Tsiouris, Davis Polk
Client(s): Ad Hoc Group

Natasha Tsiouris, Davis Polk & Wardwell LLP
Client(s): Ad Hoc Group